UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $546,104.80 SEIZED FROM WACHOVIA BANK ACCOUNT NUMBER 2000019689368,<br><br>    Defendant. | Case No. 2:14-CV-01242 JAM-AC<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MISCELLANEOUS ART, JEWELRY, AND CURRENCY LISTED IN EXHIBIT A,<br><br>    Defendants. | Case No. 2:14-CV-01074 JAM-AC |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANY INTEREST OR PRINCIPAL PAYMENTS ASSOCIATED WITH "LOAN 1 OF 2" REPRESENTED BY CHECK #81600 FOR $2,500,000, PAYABLE TO DREW ESTATES LLC DATED JANUARY 2, 2011, ET AL.,<br><br>    Defendants. | Case No. 2:14-CV-01060 JAM-AC |

```
UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )   Case No. 2:14-CV-01048 JAM-AC
     v.                            )
                                   )
APPROXIMATELY $538,155.00 SEIZED   )
FROM ING DIRECT CHECKING ACCOUNT   )
#156773818, ET AL.,                )
                                   )
            Defendants.            )
UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )   Case No. 2:14-CV-01035 JAM-AC
     v.                            )
                                   )
APPROXIMATELY $155,000.00 IN THE   )
FORM OF A CASHIER'S CHECK, ET AL., )
                                   )
            Defendants.            )
```

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is affected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that these actions are related.

    IT IS SO ORDERED.

Dated: May 28, 2014

                                          /s/ John A. Mendez_____

                                          U. S. DISTRICT COURT JUDGE