BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CV-01242-JAM-AC |
|---|---|
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO FILE JOINT STATUS REPORT AND ORDER |
| v. | |
| APPROXIMATELY $546,104.80 SEIZED FROM WACHOVIA BANK ACCOUNT NUMBER 2000019689368, | |
| Defendant. | |

The United States requests that the Court continue the deadline to file a Joint Status Report from July 21, 2014 to September 19, 2014.

**Introduction**

On May 21, 2014, the United States filed a civil forfeiture complaint against the above-captioned asset ("defendant funds") based on its alleged involvement in violations of federal law. All known potential claimants to the defendant funds have signed stipulations forfeiting their interest in the defendant funds. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on May 29, 2014, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of

1

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on July 17, 2014.

### Good Cause

The United States has diligently pursued its forfeiture case against the defendant funds.  All known potential claimants have stipulated to the forfeiture of the defendant funds.  To date, no party has filed a claim or answer in this case.  The United States intends to file a Request for Final Judgment of Forfeiture along with the executed stipulations once the publication time has passed.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report from July 21, 2014 to September 19, 2014, or to another date the Court deems appropriate.

Dated:  7/17/14                                          BENJAMIN B. WAGNER
                                                         United States Attorney

                                             By:    /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney

### ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from July 21, 2014 to September 19, 2014.

**IT IS SO ORDERED.**

Dated:  7/21/2014                                  /s/ John A. Mendez

                                                   JOHN A. MENDEZ
                                                   United States District Judge

2

United States' Request to Extend the Deadline
to File Joint Status Report and Order