1    BENJAMIN B. WAGNER
     United States Attorney
2    KEVIN C. KHASIGIAN
     MICHAEL D. ANDERSON
3    Assistant U.S. Attorneys
     501 I Street, Suite 10-100
4    Sacramento, CA  95814
     Telephone:  (916) 554-2700
5
     Attorneys for the United States
6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    2:14-CV-01242-JAM-AC

12            Plaintiff,

                                                  FINAL JUDGMENT OF
13        v.                                      FORFEITURE

14   APPROXIMATELY $546,104.80 SEIZED FROM
     WACHOVIA BANK ACCOUNT NUMBER
15   2000019689368,

16            Defendant.

17

18        Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court

19   finds:

20        1.      This is a civil forfeiture action against defendant Approximately $546,104.80

21   seized from Wachovia Bank Account Number 2000019689368[1] (hereafter "defendant

22   funds") seized on or about  May 28, 2013.

23        2.      The United States and potential claimants Alex Goldman and Harold

24   Levinson and Associates, Inc. entered into several Stipulations and Orders extending the

25   United States' time to file a complaint in Case No. 2:13-MC-00070-MCE-DAD.  The last

26   Order was entered on or about March 25, 2014, and it extended the time to file the

27   complaint to May 21, 2014.

28
     ─────────────────────
     [1] The seizure warrant was served on a Wells Fargo Bank branch based on the merger between the two financial institutions.

                                              1
                                                              Final Judgment of Forfeiture

3.     A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on May 21, 2014, alleging that said defendant funds are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

4.     On June 12, 2014, the Clerk issued a Warrant for Arrest for the defendant funds, and that warrant was duly executed on June 16, 2014.

5.     Beginning on May 29, 2014, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on July 17, 2014.

6.     On April 8 and 9, 2014 pursuant to a Stipulation for Final Judgment of Forfeiture and/or Consent Judgment of Forfeiture, potential claimants Alex Goldman, Marni Goldman, Mark Goldman, and Laura Goldman agreed to forfeit all of their right, title, and interest in the defendant funds, plus any accrued interest, to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), to be disposed of according to law.  That Stipulation is attached and incorporated as Exhibit A to the Request for Final Judgment of Forfeiture filed herein.

7.     On or about May 20, 2014 pursuant to a Stipulation for Final Judgment of Forfeiture, potential claimant Harold Levinson and Associates, Inc. ("HLA") agreed to forfeit all of their right, title, and interest in the defendant funds, plus any accrued interest, to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of according to law.  That Stipulation is attached and incorporated as Exhibit B to the Request for Final Judgment of Forfeiture filed herein.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.     That judgment is hereby entered against potential claimants Alex Goldman, Marni Goldman, Mark Goldman, Laura Goldman, and HLA, and all other potential claimants who have not filed claims in this action.

2.     All right, title, and interest of Alex Goldman, Marni Goldman, Mark Goldman, Laura Goldman, and HLA in the defendant Approximately $546,104.80 seized

2

1   from Wachovia Bank Account Number 2000019689368, plus any accrued interest, shall

2   be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be disposed of

3   according to law.

4         3.      That the United States and its servants, agents, and employees and all

5   other public entities, their servants, agents, and employees, are released from any and

6   all liability arising out of or in any way connected with the seizure or forfeiture of the

7   defendant funds.  This is a full and final release applying to all unknown and

8   unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well

9   as to those now known or disclosed.  The potential claimants waived the provisions of

10  California Civil Code § 1542.

11        4.      All parties are to bear their own costs and attorneys' fees.

      SO ORDERED THIS 11th day of August, 2014

12

13

14          /s/ John A. Mendez_____
        JOHN A. MENDEZ
        United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3